UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHANNS MIRANDA PIZARRO,<br>          Plaintiff,<br><br>          v.<br><br>SHERIFF JOSEPH D. MCDONALD JR., et al.<br>          Defendants. | **CIVIL ACTION**<br>**No. 24-11547-IT** |

ORDER

On July 29, 2024, the court provisionally allowed Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2], denied without prejudice Plaintiff's Motion to Appoint Counsel [Doc. No. 5] and ordered Plaintiff to file an amended complaint and complete prison account statement by August 19, 2024. See Order [Doc. No. 7].

Upon review of Plaintiff's Amended Complaint [Doc. No. 10] and Prisoner Account Statement [Doc. No. 11], the court assessed an initial partial filing fee and ordered Plaintiff to file a second amended complaint by October 25, 2024. See Order [Doc. No. 12]. A copy of the court's October 25 Order was mailed to Plaintiff at the Plymouth County Correctional Facility ("PCCF").

An envelope with the court's October 25 Order was returned to the court as undeliverable on October 7, 2024. [Doc. No. 15]. The envelope of the returned mail includes the notations "gone" and "unable to forward." Although Plaintiff has not informed the court of any new address as required by this court's local rules, see District of Massachusetts Local Rule 83.5.5(h) (requiring pro se litigants to inform the clerk of any change of address within fourteen days of the change), the clerk contacted PCCF and was advised that Plaintiff was transferred to the

Suffolk County House of Correction.

In light of Plaintiff's transfer, the court grants Plaintiff an extension of time to file a second amended complaint. If a second amended complaint is filed, it will be further screened.

Accordingly, it is hereby ORDERED that Plaintiff shall file a second amended complaint by **February 7, 2025** or this action will be dismissed. The Clerk shall mail a copy of this Order with copies of the court's July 29 and October 25 Orders to Johanns Miranda-Pizarro, # 2407517, Suffolk County House of Correction, 20 Bradston Street, Boston, MA  02118. Failure of Plaintiff to file a second amended complaint by **February 7, 2025**, will result in dismissal of this action.

**So ordered.**

January 8, 2025                                                         /s/ Indira Talwani
                                                                        UNITED STATES DISTRICT JUDGE